UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSÉ RENE GAMEZ-ABREGO                     CIVIL ACTION

VERSUS                                      NO. 10-1595

ORLEANS PARISH JAIL, ET AL.                 SECTION:
                                            "J"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE